

# Fourth Court of Appeals
## San Antonio, Texas

May 29, 2019

No. 04-19-00159-CR

Alfred **CASAREZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 19-0358-CR-C
Honorable William Old, Judge Presiding

# O R D E R

Sitting:    Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice

On May 8, 2019, after Appellant failed to respond to our April 3, 2019 show cause order, this court issued an opinion and order dismissing the appeal for want of jurisdiction.

On May 22, 2019, Appellant filed a motion for rehearing.

The court requests a response from the State regarding (1) whether this court has jurisdiction in this appeal and (2) whether the appellate record as presently constituted is sufficient to make a jurisdictional determination. The State's response need not address appellate counsel's explanation regarding her invalid e-mail address.

If the State wishes to file a response, it must do so within FIFTEEN DAYS of the date of this order. *See* TEX. R. APP. P. 49.2.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of May, 2019.



KEITH E. HOTTLE,
Clerk of Court